UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| In re:<br>　　Calvin Curtis James<br>　　Andrea Louise Richardson James<br>　　　　　Debtor(s) | Case No. 11-30097 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Russell Simon, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 01/24/2011.

　　2)　The plan was confirmed on 06/02/2011.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/08/2011, 06/27/2012.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on NA .

　　5)　The case was converted on 05/28/2015.

　　6)　Number of months from filing to last payment: 52.

　　7)　Number of months case was pending: 53.

　　8)　Total value of assets abandoned by court order: NA .

　　9)　Total value of assets exempted: $42,945.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $82,244.77 | |
| Less amount refunded to debtor | $3,951.84 | |
| **NET RECEIPTS:** | | **$78,292.93** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,486.97 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,389.40 | |
| Other | $153.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$8,029.37** |

Attorney fees paid and disclosed by debtor:    $1.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMEREN ILLINOIS | Unsecured | 2,209.00 | 3,592.67 | 3,592.67 | 0.00 | 0.00 |
| APOGEE MED GROUP ILLINOIS | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES | Unsecured | 375.00 | 372.78 | 372.78 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,687.00 | 1,298.87 | 1,298.87 | 0.00 | 0.00 |
| AT&T CINGULAR WIRELESS | Unsecured | 2,369.00 | NA | NA | 0.00 | 0.00 |
| BARNES-JEWISH HOSPITAL | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| CARE MEDICAL SUPPLIES | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| DIRECT REWARDS | Unsecured | 2,445.00 | NA | NA | 0.00 | 0.00 |
| DIVISION OF EMPLOYMENT SECURI | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| DR WILLIAM CHEN | Unsecured | 86.00 | 86.00 | 86.00 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 64.00 | 64.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 684.00 | 683.20 | 683.20 | 0.00 | 0.00 |
| ER PHYSICIANS GROUP AT SLUH | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY REGIONAL MEDICAL CEN | Unsecured | 3,066.00 | 18,300.25 | 18,300.25 | 0.00 | 0.00 |
| GRANITE CITY EMERGENCY | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 12,056.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES III INC | Unsecured | 2,231.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 10,000.00 | 1,390.02 | 1,390.02 | 0.00 | 0.00 |
| MASON DIRECT | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| MEDCO HEALTH SOLUTIONS | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| METRO EAST SANITARY DIST | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| METRO EAST SANITARY DIST | Unsecured | NA | 0.00 | 12.00 | 0.00 | 0.00 |
| METRO EAST SANITARY DIST | Secured | 852.00 | 965.83 | 953.83 | 946.51 | 121.98 |
| MISSOURI DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| OFFICE OF THE SECRETARY OF STA | Unsecured | 3,615.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 0.00 | 23,035.24 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Secured | 27,723.00 | 35,360.24 | 12,325.00 | 11,259.97 | 1,794.17 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROCESSORS INDUSTRIAL COMM CU | Secured | 9,916.00 | 11,095.83 | 11,095.83 | 10,862.99 | 1,535.87 |
| QUEST DIAGNOSTICS INCORP | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY PHYSICIANS LTD. | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ROTECH HEALTHCARE INC | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA DBA F | Unsecured | 9,443.00 | 5,973.11 | 5,973.11 | 0.00 | 0.00 |
| SLUCARE | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | 2,302.00 | 7,483.04 | 7,195.14 | 7,195.14 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | 179,718.00 | 218,834.98 | 36,546.93 | 36,546.93 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | NA | NA | NA | 0.00 | 0.00 |
| TRI-CITY NEUROLOGY ASSOCIATES | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SERV | Unsecured | 3,734.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $36,546.93 | $36,546.93 | $0.00 |
| Mortgage Arrearage | $7,195.14 | $7,195.14 | $0.00 |
| Debt Secured by Vehicle | $23,420.83 | $22,122.96 | $3,330.04 |
| All Other Secured | $953.83 | $946.51 | $121.98 |
| **TOTAL SECURED:** | **$68,116.73** | **$66,811.54** | **$3,452.02** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$54,808.14** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,029.37 |
| Disbursements to Creditors | $70,263.56 |
| **TOTAL DISBURSEMENTS** : | **$78,292.93** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/15/2015                    By: /s/ Russell Simon
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**