B6F (Official Form 6F) (12/07)

In re **Calvin Curtis James,**            Case No.   **11-30097**
      **Andrea Louise Richardson-James**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **All Accounts** <br><br> **Acct Res Crp** <br> **700 Goddard Ave** <br> **Chesterfield, MO 63005** | | **J** | **Open Account** | | | | **150.00** |
| Account No. **All Accounts** <br><br> **Ameren IL** <br> **PO Box 66882** <br> **Saint Louis, MO 63166-5882** | | **J** | **Open Account** | | | | **1,000.00** |
| Account No. **1090** <br><br> **AT&T** <br> **c/o Gatestone & Co INternational in** <br> **1000 N. West St Ste 1200** <br> **Wilmington, DE 19801-1058** | | **J** | **Open Account** | | | | **435.33** |
| Account No. **All Accounts** <br><br> **AT&T Mobility** <br> **PO Box 650553** <br> **Dallas, TX 75265-0553** | | **J** | **Open Account** | | | | **1,300.00** |
|   **3**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | **2,885.33** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Calvin Curtis James,**
**Andrea Louise Richardson-James**                                   Case No.  **11-30097**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **All Accounts** <br><br>**Con Col Mgmt** <br>**PO Box 1839** <br>**Maryland Heights, MO 63043** | | J | **Open Account** | | | | **281.00** |
| Account No. **All Accounts** <br><br>**Credit Control** <br>**5757 Phantom Drive Ste 330** <br>**Hazelwood, MO 63042** | | J | **Open Account** | | | | **4,645.00** |
| Account No. **7270 / All Accounts** <br><br>**Credit One Bank** <br>**c/o Midland Credit Management** <br>**8875 Aero Drive** <br>**Ste 200** <br>**San Diego, CA 92123** | | J | **Open Account** | | | | **751.06** |
| Account No. **7270 / All Accounts** <br><br>**Credit One Bank** <br>**PO Box 60500** <br>**City Of Industry, CA 91716-0500** | | J | **Notice Only** | | | | **0.00** |
| Account No. **All Accounts** <br><br>**Dish Network** <br>**PO Box 9033** <br>**Littleton, CO 80160** | | J | **Open Account** | | | | **1,023.00** |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,700.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Calvin Curtis James,**
      **Andrea Louise Richardson-James**        Case No. **11-30097**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6955 / All Accounts**<br><br>**Gateway Regional Medical Center**<br>**PO Box 503706**<br>**Saint Louis, MO 63150-0001** | | J | **Medical** | | | | **510.03** |
| Account No. **6217 / All Accounts**<br><br>**Granite City Clinic Corp**<br>**PO Box 11804**<br>**Belfast, ME 04915-4009** | | J | **Notice Only** | | | | **0.00** |
| Account No. **6217 / All Accounts**<br><br>**Granite City Clinic Corporation**<br>**c/o Professional Account Services**<br>**Attn: PCU**<br>**PO Box 68**<br>**Brentwood, TN 37024-0068** | | J | **Medical** | | | | **151.20** |
| Account No. **8774 / All Accounts**<br><br>**Rotech Healthcare Inc**<br>**PO Box 3112**<br>**Southeastern, PA 19398-3112** | | J | **Medical** | | | | **392.73** |
| Account No. **All Accounts**<br><br>**St. Louis University Hospital**<br>**PO Box 741286**<br>**Atlanta, GA 30374-1286** | | J | **Medical** | | | | **719.14** |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,773.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Calvin Curtis James,**
**Andrea Louise Richardson-James**
                                                                            Debtors

Case No. **11-30097**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0001 / All Accounts** <br><br> **Verizon Wireless** <br> **c/o Enhanced Recovery Company** <br> **PO Box 23870** <br> **Jacksonville, FL 32241-3870** | | **J** | **Open Account** | | | | **1,674.01** |
| Account No. **2617 / All Accounts** <br><br> **Washington Mutual Bank /** <br> **Atlantic Credit & Finance** <br> **c/o Law Office of John P. Frye** <br> **PO Box 13665** <br> **Roanoke, VA 24036-3665** | | **J** | **Notice** | | | | **3,829.54** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,503.55**

Total (Report on Summary of Schedules) **16,862.04**

# United States Bankruptcy Court
### Southern District of Illinois

In re **Calvin Curtis James**
**Andrea Louise Richardson-James**
Debtor(s)

Case No. **11-30097**
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: **June 19 2015**            **/s/ Calvin Curtis James**
                                  **Calvin Curtis James**
                                  Signature of Debtor

Date: **June 19 2015**            **/s/ Andrea Louise Richardson-James**
                                  **Andrea Louise Richardson-James**
                                  Signature of Debtor

## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | CASE NO.: 11-30097 |
| | ) SS | |
| CITY OF BELLEVILLE | ) | Chapter 7 |

Mary Hicks, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Madison County, Illinois.

On June 23, 2015, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Amendment to Schedule F and Verification of Creditor Matrix**.

The Deponent served electronically the **Amendment to Schedule F and Verification of Creditor Matrix** to the following parties:

U.S. Trustee
U.S. Bankruptcy Court
Robert Eggmann
and served by mail to the following parties Listed On Amended Schedule F:

| | |
|---|---|
| CALVIN JAMES & ANDREA RICHARDSON-JAMES<br>920 WASHINGTON AVE<br>MADISON, IL 62060 | ACCT RES CRP<br>700 GODDARD AVE<br>CHESTERFIELD, MO 63005 |
| AMEREN IL<br>PO BOX 66882<br>SAINT LOUIS, MO 63166-5882 | AT&T<br>C/O GATESTONE & CO INTERNATIONAL IN<br>1000 N. WEST ST STE 1200<br>WILMINGTON, DE 19801-1058 |
| AT&T MOBILITY<br>PO BOX 650553<br>DALLAS, TX 75265-0553 | CON COL MGMT<br>PO BOX 1839<br>MARYLAND HEIGHTS, MO 63043 |
| CREDIT CONTROL<br>5757 PHANTOM DRIVE STE 330<br>HAZELWOOD, MO 63042 | CREDIT ONE BANK<br>C/O MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVE<br>STE 200<br>SAN DIEGO, CA 92123 |
| CREDIT ONE BANK<br>PO BOX 60500<br>CITY OF INDUSTRY, CA 91716-0500 | DISH NETWORK<br>PO BOX 9033<br>LITTLETON, CO 80160 |
| GATEWAY REGIONAL MEDICAL CENTER<br>PO BOX 503706<br>SAINT LOUIS, MO 63150-0001 | GRANITE CITY CLINIC CORP<br>PO BOX 11804<br>BELFAST, ME 04915-4009 |
| GRANITE CITY CLINIC CORPORATION<br>C/O PROFESSIONAL ACCOUNT SERVICES<br>ATTN: PCU<br>PO BOX 68<br>BRENTWOOD, TN 37024-0068 | ROTECH HEALTHCARE INC<br>PO BOX 3112<br>SOUTHEASTERN, PA 19398-3112 |
| ST. LOUIS UNIVERSITY HOSPITAL<br>PO BOX 741286<br>ATLANTA, GA 30374-1286 | VERIZON WIRELESS<br>C/O ENHANCED RECOVERY COMPANY<br>PO BOX 23870<br>JACKSONVILLE, FL 32241-3870 |
| WASHINGTON MUTUAL BANK / | |

| |  |
|---|---|
| ATLANTIC CREDIT & FINANCE<br>C/O LAW OFFICE OF JOHN P. FRYE<br>PO BOX 13665<br>ROANOKE, VA 24036-3665 | |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Mary Hicks